■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■

| | | | |
|---|---|---|---|
| Com. v. Brown . . . . . | 09/21/2015286 EAL (2015) | Denied | Pa.Super., 120 A.3d 375 |
| Com. v. Carder . . . . . | 09/15/2015191, 192 WAL (2015) | Denied | Pa.Super., 122 A.3d 435 |
| Com. v. Cartagena . . | 09/15/2015203 EAL (2015) | Denied | Pa.Super., 120 A.3d 1057 |
| Com. v. Cheeseboro | 09/21/2015404 EAL (2015) | Denied | Pa.Super., 122 A.3d 1125 |
| Com. v. Cox . . . . . . . . | 09/23/2015208 WAL (2015) | Denied | Pa.Super., 115 A.3d 333 |
| Com. v. Gesslein . . . | 09/23/201520 MAL (2015) | Denied | Pa.Super., 116 A.3d 680 |
| Com. v. Gist . . . . . . . | 09/14/2015267 EAL (2015) | Denied | Pa.Super., 121 A.3d 1132 |
| Com. v. Greenidge . . | 09/23/2015247 WAL (2015) | Denied | Pa.Super., 122 A.3d 454 |
| Com. v. Hogan . . . . . | 09/15/2015270 EAL (2015) | Denied | Pa.Super., 121 A.3d 1128 |
| Com. v. Hughston . . | 09/14/2015463 MAL (2015) | Denied | Pa.Super., 122 A.3d 447 |
| Com. v. Jiminez . . . . | 09/14/2015209 EAL (2015) | Denied | Pa.Super., 116 A.3d 685 |
| Com. v. Johnson . . . . | 09/21/2015255 EAL (2015) | Denied | Pa.Super., 121 A.3d 1123 |
| Com. v. Kerins . . . . . | 09/23/2015404 MAL (2015) | Denied | Pa.Super., 121 A.3d 1140 |
| Com. v. King . . . . . . . | 09/21/2015164 EAL (2015) | Denied | Pa.Super., 120 A.3d 389 |
| Com. v. Lellock . . . . | 09/18/2015172 WAL (2015) | Denied | Pa.Super., 121 A.3d 1139 |